IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:14-CR-260 |
| | ) | |
| CHRISTOPHER NASONTI | ) | |
| | ) | |

## ORDER

On April 10, 2025, a search of Defendant's hotel room was conducted by the United States Probation Office after receiving information that Defendant was engaging in prohibited activities. The search resulted in the seizure of a Samsung Galaxy smartphone and an Asus Notebook Laptop. Subsequently, a Petition for Warrant for Offender Under Supervision was filed in United States District Court on May 7, 2025. When Defendant was arrested on May 9, 2025, he was in possession of another Samsung Galaxy smartphone and a Motorola Smartphone. An Amended Petition was filed on May 14, 2025.

The supervised release revocation hearing was conducted on June 17, 2025, where Defendant stipulated to the violations outlined in the petition. Based on Defendant's stipulations to the violations, the Court found sufficient evidence to support revocation and revoked Defendant for a period of seven (7) months, with a lifetime term of supervised release to follow.

The probation officer now requests that the seized items listed above be destroyed.

Therefore, the Court **ORDERS** the items seized during the search warrant on April 10, 2025, and the items seized during Defendant's arrest on May 9, 2025, be destroyed.

**SO ORDERED**, this ___18___ day of June 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA